UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 3:22-cr-00018 |
| | ) | JUDGE TRAUGER |
| ANDREW WASHINGTON | ) | |

## UNITED STATES' NOTICE OF FILING VIDEO EXHIBITS

Pursuant to Administrative Order No. 205, the United States of America, by and through Mark H. Wildasin, United States Attorney for the Middle District of Tennessee, and Rachel M. Stephens, Assistant United States Attorney, hereby gives notice of manual filing of a disk in this matter. The disk filed contains body camera footage referenced in the United States' Response to Defendant's Motion to Suppress, Document 51, in this matter.

    Respectfully Submitted,

    MARK H. WILDASIN
    United States Attorney

By:   */s/ Rachel M. Stephens*
    RACHEL M. STEPHENS
    Assistant United States Attorney
    719 Church Street, Suite 3300
    Nashville, TN  27203
    (615) 401-6655
    Rachel.Stephens2@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing was filed with the U.S. District Court via CM/ECF, which will send Notice of Electronic Filing to Dumaka Shabazz, attorney for the defendant, on the 12th day of August, 2022.

                                                      */s/ Rachel M. Stephens*
                                                      Rachel M. Stephens